UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES LOYOLA | CIVIL ACTION |
| VERSUS | NO: 20-140 |
| USAA GENERAL INDEMNITY COMPANY, ET AL. | SECTION: "J"(2) |

# ORDER

The Court, having considered the record, the applicable law, the parties' written submissions (Rec. Docs. 46, 48, & 54), the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 55), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that the *Motion to Recover Agreed Upon Expert Costs* **(Rec. Doc. 46)** is **GRANTED IN PART AND DENIED IN PART.** Allstate shall pay 50% of the expert costs for Dr. Theriot, but none of the expert costs related to Dr. Ramirez.

**IT IS FURTHER ORDERED** that the above-captioned case shall be **CLOSED.**

New Orleans, Louisiana, this 1st day of September, 2022

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE